OPINION #  O-7506        WAS NEVER ISSUED OR

WAS WITHDRAWN.